| | |
|---|---|
| <u>DEFENDANT:</u> | Richer Briyan Valle-Raudales |
| <u>AGE/YOB</u>: | 1996 |
| <u>OFFENSE(S)</u>: | 8 U.S.C. § 1326(a), (b)(1): Illegal Re-entry after Removal Subsequent to a Felony Conviction |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado |
| <u>PENALTY</u>: | Depending on the Court's determination of the Defendant's criminal history:<br>• If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee.<br>• If the enhanced penalty under (b)(1) applies, NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment fee.<br>• If the enhance penalty under (b)(2) applies, NMT 20 years imprisonment; NMT $250,000 or both; NMT 3 years supervised release; $100 Special Assessment fee. |
| <u>AGENT:</u> | Shawna Weir<br>Deportation Officer, DHS/ICE Enforcement & Removal |
| <u>AUTHORIZED BY:</u> | Albert Buchman<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 x   five days or less; ___ over five days

<u>THE GOVERNMENT</u>

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.