## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shawna Weir, Deportation Officer (DO) with the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge, and belief.

1. I am a DO with ICE and have been employed in this position since August 2014.  I previously held the title of Immigration Enforcement Agent (IEA) from April 2007 until August 2014.  I successfully completed the Immigration Officer Basic Training Course (ICE-D) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia in August 2007.  As a DO with ICE, I am currently assigned to the ERO Criminal Prosecutions unit at the Denver Field Office and have been since March 2018.  As a DO, I am charged with enforcing the immigration and nationality laws of the United States.  In support of these duties, I am regularly tasked with locating and apprehending individuals determined, through the course of my investigation, to be unlawfully present and removable from the United States and also amenable to federal criminal charges.

2. This affidavit is provided in support of an application for a criminal complaint and arrest warrant for RICHER BRIYAN VALLE-RAUDALES.  I submit that, based on the facts set forth below, there is probable cause to believe that VALLE has engaged in illegal reentry, subsequent to a conviction classified as a felony, in violation of 8 U.S.C. § 1326(a), (b)(1).  I further submit as evidence of illegal reentry, that VALLE is presently in the custody of the United States Marshals Service and is being detained at 3130 North Oakland Street in Aurora, Colorado.

3. I have reviewed immigration records related to VALLE.  In particular, from those records, I have determined that VALLE is a native and citizen of Honduras.  VALLE originally entered

1

the United States on or about June 1, 2014, at or near Sasabe, Arizona.  On June 5, 2014,

VALLE was ordered removed by a designated immigration official, in Tucson, Arizona.

VALLE was initially removed from the United States to Honduras on June 26, 2014.  He

illegally re-entered the country on or after this date at an unknown location. VALLE was also

encountered by immigration officials and removed from the United States on May 18, 2018,

and again on October 30, 2019. VALLE last entered the United States, illegally, sometime in

2021. Furthermore, no evidence of any lawful entry could be found for VALLE subsequent

to his removal on October 30, 2019.

4.  It was determined that VALLE had reentered the U.S after receiving a biometric hit

confirmation on April 29, 2022, based on fingerprint identification, from the Denver Justice

Center.  The Denver Police Department contacted and arrested VALLE and booked him into

the Denver Justice Center on April 28, 2022, on an investigative hold for Assault and

Domestic Violence charges. No charges were filed and VALLE was released from custody.

On June 17, 2022, ICE ERO officers located and arrested VALLE at his residence at 1053

South Quivas Street, Apartment 3, in Denver, Colorado.

5.  On June 23, 2022, I obtained fingerprint impressions taken from VALLE during his June 17,

2022 arrest by ICE.  These prints were then compared with the executed I-205(s) verifying

his removal(s) from the United States on October 30, 2019, May 18, 2018, and June 26,

2014.  These prints were all determined to be a positive match.  Furthermore, no evidence of

any lawful entry could be found for VALLE after his removal on October 30, 2019.  There is

no evidence in VALLE's records that he has received consent from the proper legal authority

to reapply for admission to the United States.

6.  VALLE was convicted on September 24, 2019, in the United States District Court, District of

Utah, for the offense of Reentry of a Previously Removed Alien, in violation of 8 U.S.C. §

1326(a), a felony offense.  VALLE was committed to a term of no incarceration and 36

2

months of probation. VALLE was also convicted on June 14, 2019, in the Third District Court of Utah – Salt Lake, for the Offense of Possession with Intent to Distribute a Controlled Substance, a class 3 Felony, in violation of UCA 58-37-8(1)(A)(III). VALLE was committed to a term of 0-5 years state prison, which was suspended, 150 days in county jail and 36 months of probation.

I, Shawna Weir, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

_s/ Shawna Weir_
Shawna Weir, Deportation Officer
IMMIGRATION AND CUSTOMS ENFORCEMENT

Submitted, attested to, and acknowledged by reliable electronic means before me on this __30th__ day of __June__, 2022

United States Magistrate Judge

**Affidavit reviewed and submitted by Al Buchman, Assistant United States Attorney**