AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 JUL 11 PM 12:02
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br>RICHER BRIYAN VALLE-RAUDALES<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  22-mj-00114-SKC<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RICHER BRIYAN VALLE-RAUDALES                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Illegal Re-entry after Removal in violation of 8 U.S.C. § 1326(a)

Date:  06/30/2022                                                                       *S. [signature]*
                                                                                      *Issuing officer's signature*

City and state:   Denver, Colorado                                    Magistrate Judge S. Kato Crews
                                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/30/22 , and the person was arrested on *(date)* 7/6/22<br>at *(city and state)* Denver, CO .<br><br>Date:  7/6/22                                                         *[signature]*<br>                                                                            *Arresting officer's signature*<br><br>                                                                            P. BLISS DCD/USMS<br>                                                                            *Printed name and title* |