IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:22-cr-00226-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHER BRIYAN VALLE-RAUDALES,

    Defendant.

**ORDER OF DETENTION**

The Defendant appeared before this Court on Wednesday, July 20, 2022 on a petition to revoke the Defendant's supervised release. The Government moved for detention pursuant to Federal Rule of Criminal Procedure 32.1, which incorporates 18 U.S.C. § 3143(a)(1). That Rule provides that "the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the Defendant." Fed. R. Crim. P. 32.1(a)(6). The Defendant, having through counsel waived the right to a detention hearing and, accordingly, having presented the Court with no evidence to meet the burden established in the Rule, must be DETAINED.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be

1

committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is remanded into the custody of the United States Marshal.

DATED: 7/20/2022

BY THE COURT:

_____
S. Kato Crews
United States Magistrate Judge