IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

UNITED STATES OF AMERICA

v.

RICHER BRIYAN VALLE-RAUDALES,

Defendant.

Criminal: 1:22-CR-226 (DDD)

## RICHER BRIYAN VALLE-RAUDALES'S NOTICE OF DISPOSITION AND MOTION REQUESTING CHANGE OF PLEA HEARING

The defendant, Richer Briyan Valle-Raudales, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. Mr. Taylor would request a change of plea hearing for the Court to consider his plea of guilty pursuant to the plea agreement reached with the government.

Respectfully submitted, this 25th day of August, 2022.

VIRGINIA L. GRADY
Federal Public Defender

*s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  jared_westbroek@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

RICHER BRIYAN VALLE-RAUDALES (via U.S. Mail)

/s/ *Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared.westbroek@fd.org
Attorney for Defendant