**EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA**
**DEL DISTRITO DE COLORADO**

**LA FISCALÍA FEDERAL DE EEUU,**

**contra**                                    **Nro. de Causa Penal 1:22-cr-00226-DDD**

**RICHER BRIYAN VALLE-RAUDALES,**



Court's Exhibit
2A
22-cr-00226

**El Imputado.**

---

### DECLARACIÓN DE  RICHER BRIYAN VALLE-RAUDALES EN ANTELACIÓN A SU RECONOCIMIENTO DE CULPABILIDAD

Reconozco y certifico que se me han informado y entiendo los siguientes hechos y derechos, que toda la información incluida en este documento es verdadera y correcta y que mi defensor me ha ayudado a revisar y a llenar el mismo.

**1.** Mi defensor me ha explicado la naturaleza de las acusaciones en mi contra. He tenido la oportunidad de hablar con él, tanto de la naturaleza de la acusación como de los elementos que la Fiscalía Federal tiene la obligación de probar.

**2.** Sé que cuando el Juez me imponga la pena, tendrá en cuenta numerosos factores. Estos están enumerados en el artículo 3553 del Capítulo 18 del Código Federal, e incluyen (a) la naturaleza y las circunstancias del ilícito y mi historial y cualidades personales, (b) la necesidad de que la pena refleje la gravedad del ilícito, que promueva respeto a la ley, que castigue justamente al delito, que disuada la conducta delictiva, que proteja al público y me brinde capacitación, asistencia y tratamiento correccional necesarios de la manera más efectiva, (c) los tipos de condenas que el Juez tiene a su disposición, (d) las pautas recomendadas de penas establecidas por el Comité de Sentencias de los EEUU, (e) las declaraciones de políticas pertinentes de dicho Comité, (f) la necesidad de evitar la disparidad entre las penas impuestas a imputados con

1

antecedentes penales similares que han sido hallados culpable de conductas similares y (g) la necesidad de reparar el daño. Ninguno de estos factores es determinante o decisivo. Reconozco que es posible que después de que el Juez tome en cuenta todos estos factores, él me podría imponer una pena severa en mi causa que incluya una que sea un período máximo de prisión, la multa máxima, la reparación completa del daño (si aplicara), un período máximo de libertad vigilada y un recargo especial, como se establecen en el párrafo 3 a continuación.

3.      Sé que las siguientes, son las sanciones máximas a imponerme como resultado de mi declaración de culpable:

**al primer punto acusatorio que me imputa de quebrantar el art. 1326(a) del Capítulo 8 del Código Federal**.

**a.**      La pena máxima que permite la ley por quebrantar el artículo1326(a) del Capítulo 8 del Código Federal es una pena que no exceda de 2 años de privación de libertad, hasta $250,000 de multa, o ambas, hasta un año de libertad vigilada y $100 de recargo especial.

**b.**      Si se falla que aplica un aumento de la pena según el artículo 1326(b)(1) del capítulo 8 del código Federal, la pena máxima sería una que no exceda de 10 años de privación de libertad, hasta $250,000 de multa, o ambas, hasta tres años de libertad vigilada y $100 de recargo especial.

**c.**      Si se falla que aplica un aumento de la pena según el artículo 1326(b)(2) del capítulo 8 del código Federal, la pena máxima sería una que no exceda de 20 años de privación de libertad, hasta $250,000 de multa, o ambas, hasta tres años de libertad vigilada y $100 de recargo especial.

4.      Se que, si me condenan por más de un punto acusatorio, me podrían imponer penas de privación de libertad de manera simultánea (a cumplir a la misma vez) o sucesivas (a cumplir por separado o una detrás de la otra), a menos que la pena

estatutaria por un delito de condena exija expresamente que la pena a imponer haya de cumplirse de manera sucesiva.

5.      Sé que además de todas las sanciones que el Juez me pueda imponer, habrá repercusiones adicionales a la mis declaraciones de culpable de un delito. El Juez ni las impone ni tiene autoridad en cuanto a ellas. Por ejemplo, si me declaro culpable, esto podrá resultar en la suspensión de garantías constitucionales, incluidas, pero no limitadas al derecho de poseer armas de fuego, de ejercer sufragio, de ser funcionario público y de formar parte de un jurado. Y si no soy ciudadano estadounidense, estas repercusiones podrían incluir mi deportación de EEUU o la reclusión indefinida si no existe algún país al que puedan deportarme, que me denieguen el derecho de entrar a EEUU en el futuro y la posibilidad de obtener la ciudadanía estadounidense.

6.      Sé que, si me impusieran un período de libertad vigilada como parte de mi condena, éste comenzaría a contar únicamente después de mi excarcelación con relación a todos los períodos de reclusión que impongan éste y cualquier otro tribunal. Entiendo que todo incumplimiento a las medidas cautelares de la libertad vigilada durante dicho período podrá conllevar a la imposición de una pena de prisión adicional y a otro período de libertad vigilada.

7.      Sé que no existe la libertad preparatoria en el sistema federal y que tendré la obligación de cumplir la pena de prisión impuesta en mi causa en su totalidad, que solo podrá reducirse por buena conducta y/o por permisos que establezca el Congreso y que aplique la Oficina Federal de Prisiones.

8.      Sé que, si me imponen una multa o la reparación del daño como parte de mi condena, tendré la obligación de pagar intereses por cualquier monto de más de $2,500, a menos que éstas se hayan pagado en su totalidad antes del decimoquinto día después de la sentencia o a menos que el Juez me exima del pago de los intereses.

**9.** Sé que, si me imponen una multa o la reparación del daño como parte de mi condena, tendré que pagarla a tiempo. El no hacerlo, podrá desencadenar sanciones monetarias, cobranzas por parte de la Fiscalía, la posible revocatoria de todo período de régimen probatorio o de libertad vigilada, y/o exponerme a un proceso judicial por "estar en mora por no efectuar pagos relacionados a una causa penal" según el artículo 3615 del Capítulo 18 del Código Federal.

**10.** Sé que tengo el derecho de que me represente un defensor durante todas las etapas del proceso en esta causa y sé que, si no tengo los medio para contratar uno, se me nombrará uno de oficio, o sea, sin costo alguno para mí.

**11.** Sé que cuento con el derecho de declararme "inocente" y sé que, si lo hago, puedo mantener esa declaración de "inocente" y exigir un juicio oral.

**12.** Sé que tengo el derecho de exigir un juicio oral con jurado y que si decido proceder a un juicio oral:

**a.** Tengo el derecho a la asistencia de un abogado durante todas las etapas del proceso,

**b.** Tengo el derecho de ver y de observar a los testigos de cargo,

**c.** Mi defensor podrá contrainterrogar a todos los testigos de cargo,

**d.** Puedo convocar y presentar a aquellos testigos que considere pertinentes si lo deseo y puedo obtener citatorios judiciales que los obligue a comparecer y a testificar,

**e.** Si no tengo los medios económicos para pagar los gastos y costos de los testigos, que la Fiscalía Federal los cubrirá, incluido las millas y los gastos de viaje, incluido los costos razonables que facturen los peritos,

**f.** No me pueden obligar a incriminarme a mí mismo ni a testificar en juicio oral alguno,

**g.** No obstante, puedo testificar en mi juicio oral si así lo decido y no tengo que tomar esta decisión hasta después de haber escuchado todo acerca de las pruebas que la Fiscalía Federal tiene en mi contra,

**h.** Si decido no testificar en el juicio oral, se les informará a los miembros del jurado que no pueden llegar a la conclusión de que soy culpable ni a llegar a un veredicto adverso contra mí si decido no hacerlo,

4

    **i.**    Con el fin de que se me condene, la Fiscalía Federal deberá probar todos y cada uno de los elementos del ilícito del que me acusa sin que quepa duda razonada,

    **j.**    Con el fin de que se me condene, el jurado deberá llegar a un veredicto unánime, lo que significa que todos los miembros del jurado deben estar de acuerdo en que yo soy culpable y,

    **k.**    Si se me condenara, más adelante podría apelar tanto la condena como la pena que el Juez pueda imponerme, y si no tengo los medios para pagar los gastos de la apelación, que el gobierno cubriría esos costos, incluido el costo de un abogado de oficio.

**13.**    Sé que si me declaro culpable no habrá juicio alguno.

**14.**    Sé que si me declaro culpable no habrá una revisión por apelación en cuanto a si soy culpable o no del delito al cual me declaré culpable.

**15.**    Sé que una vez que el Juez me imponga la pena después de declararme culpable, sólo podré solicitar una revisión por apelación en cuanto a la pena impuesta. Aunque dicha revisión de apelación de una condena es un derecho importante, la misma no constituye una forma automática de que me vuelva a imponer la condena otro juez. Por el contrario, entiendo que la revisión por apelación no dará como resultado que me vuelvan a imponer la pena o me modifiquen o reduzcan la misma si el Juez ejecutor que me impuso la pena por primera vez no cometió algún error.

**16.**    No se ha llegado a acuerdo alguno ni se me ha prometido una condena específica en esta causa.

**17.**    He firmado un convenio resolutorio con la Fiscalía Federal.

**18.**    Entiendo que el Juez no tomará una decisión en cuanto a mi pena hasta que se redacte un Informe Precondenatorio por parte de la Agencia del Régimen a Prueba (*Probation*) y hasta que el Juez lo haya recibido y estudiado.

**19.**    Sé que cuando me declare culpable, el Juez me podrá hacer preguntas bajo juramento acerca del delito al cual me voy a declarar culpable. Si se me hacen preguntas para hacerlas constar en actas y con mi defensor presente, debo responderlas y si presto testimonio falso podría procesárseme por perjurio.

20.     Sé que tengo el derecho de hacerle preguntas al Juez, si las tuviera, con respecto a mis derechos, a estas diligencias y a mi contestación en cuanto a la acusación.

21.     Tengo 26 años. No hablo inglés. Sin embargo, mi abogado me ha entregado esta declaración y el convenio resolutorio traducidos al español, los cuales entiendo y sé leer.  No estoy tomando medicamentos que interfieran en mi capacidad de entender las diligencias en esta causa o que puedan tener un efecto o afecten mi capacidad de decidir declararme culpable o no.

22.     No he recibido otras promesas ni amenazas de alguna otra índole por parte de nadie que me obliguen o me persuadan a declararme culpable en esta causa.

23.     Nadie me ha prometido que recibiré una pena de régimen probatorio, arresto domiciliario u otra pena específica que desee a cambio de declararme culpable.

24.     He tenido amplia oportunidad de hablar de la causa y de mi intención de declararme culpable con mi defensor. No deseo volver a consultar con mi defensor antes de presentar mi declaración de culpable.

25.     Estoy satisfecho con los servicios de mi defensor. Creo que me ha representado de manera eficaz y competente en esta causa.

26.     He tomado la decisión de presentar mi declaración de culpable después de analizarlo detenidamente, con la asesoría de mi defensor y comprendiendo totalmente mis derechos, los hechos y las circunstancias de la causa y las posibles repercusiones de mi declaración de culpable. No me encontraba bajo los efectos de droga, medicamento o bebida embriagante alguna que afectara mi capacidad de tomar decisiones cuando decidí presentar mi declaración de culpable. En este momento no me encuentro bajo los efectos de dichas drogas, medicamentos o bebidas embriagantes.

27.     Quiero declararme culpable y no me quedan dudas de que esa es mi decisión.

28.   El resumen de hechos expuestos en el documento titulado "Convenio Resolutorio" es verdadero y correcto en lo que a mi conducta se refiere, excepto como lo haya indicado en ese documento.

29.   Sé que tengo la libertad de modificar o borrar cualquier comentario incluido en este documento y que puedo enumerar mis oposiciones y desacuerdos con respecto a cualquier comentario del documento titulado "Convenio Resolutorio". Acepto ambos documentos como están actualmente redactados.

30.   Es mi deseo declararme al siguiente punto de acusación: a un quebrantamiento al artículo 1326(a) del capítulo 8 el código Federal.

[La página de las firmas aparece a continuación]

Fecha: _6th_ de <u>Septiembre</u> de 2022.

_____
**RICHER BRIYAN VALLE-RAUDALES**
**Imputado**

Certifico que he repasado esta declaración con el imputado. Certifico que le he explicado al imputado todos sus derechos y lo he ayudado a llenar este formulario. Es mi criterio que el imputado comprende sus derechos y estas declaraciones.

Fecha: _6th_ de _September_ de 2022.

_____
**JARED SCOTT WESTBROEK**
**Defensor Público Federal del imputado**

*Translated by Monica Licea-Castro, Federally Certified Court Interpreter, staff Interpreter for the Federal Public Defender of Colorado and Wyoming, on August 30, 2022.*

8