IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00226-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHER BRIYAN VALLE-RAUDALES,

    Defendant.

## MOTION FOR A ONE-LEVEL DOWNWARD DEPARTURE

    The United States of America, by and through the undersigned United States Attorney and Assistant United States Attorney, moves for a one-level downward departure pursuant to Section 5K3.1 of the United States Sentencing Guidelines authorizing early disposition programs.

\\

\\

\\

1

The defendant qualifies for this one-level downward departure under this District's "Fast-Track" policy, and this motion was specifically contemplated in section (I)(C) of the plea agreement entered to resolve this matter.

Respectfully submitted December 14, 2022

                                                 COLEGE FINEGAN
                                                 United States Attorney

By:   *s/ Albert Buchman*
        Albert Buchman
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, Colorado   80202
        Phone:  (303)   454-0100
        Fax: (303) 454-0403
        E-mail: al.buchman@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office
