**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO**

**UNITED STATES OF AMERICA**

**v.**

**RICHER BRIYAN VALLE-RAUDALES,**

    **Defendant.**

**Criminal: 1:22-CR-226 (DDD)**

---

**RICHER BRIYAN VALLE-RAUDALES' UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING AND RELATED DEADLINES FOR SIXTY DAYS**

---

The defendant, Richer Briyan Valle-Raudales, through undersigned counsel, requests this Court continue the sentencing hearing currently scheduled for January 11, 2023, and related deadlines for sixty days.

(1) On August 25, 2022, Mr. Valle-Raudales plead guilty to Count 1 of the indictment charging him with violating 8 U.S.C. § 1326(a)(1). Docket Entry Numbers ("DE") 20, 21. The Court scheduled Mr. Valle-Raudales' sentencing hearing for January 11, 2023. DE 20.

(2) Probation filed a draft Presentence Investigation Report ("PSR") on December 6, 2022. DE 23.

(3) Mr. Valle-Raudales is current detained. DE 16. After entering his change of plea hearing, Mr. Valle-Raudales was moved to a detention center in Pahrump, Nevada.

(4) The undersigned was in trial in Durango, Colorado, from November 29, 2022, through December 7, 2022. As a result, he has been unable to meet with Mr. Valle-Raudales to go over the PSR. Further, Mr. Valle-Raudales only speaks Spanish; as a result, undersigned also has to arrange for an interpreter to accompany him to the Nevada Southern Detention Center.

(5) The parties have conferred, and the government does not oppose Mr. Valle-Raudales' request to continue the sentencing hearing.

Wherefore, the undersigned respectfully requests the Court continue the scheduled sentencing hearing and related deadlines for sixty days to allow him to review the PSR with Mr. Valle-Raudales.

Respectfully submitted, this 20th day of December, 2022.

        VIRGINIA L. GRADY
        Federal Public Defender

        *s/ Jared Scott Westbroek*
        JARED SCOTT WESTBROEK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  jared_westbroek@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I electronically filed the foregoing **RICHER BRIYAN VALLE-RAUDALES' UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING AND RELATED DEADLINES FOR SIXTY DAYS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richer Briyan Valle-Raudales      (Via U.S. Mail)

s/ *Jared Scott Westbroek*
JARED SCITT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared_westbroek@fd.org
Attorney for Defendant