# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COLORADO

**UNITED STATES OF AMERICA**

**v.**

**RICHER BRIYAN VALLE-RAUDALES,**

  **Defendant.**

**Criminal: 1:22-CR-226 (DDD)**

---

## RICHER BRIYAN VALLE-RAUDALES' UNOPPOSED MOTION TO RESCHEDULE THE SENTENCING HEARING

---

The defendant, Richer Briyan Valle-Raudales, through undersigned counsel, requests this Court reschedule the Sentencing Hearing currently scheduled for March 14, 2023, and related deadlines for a date and time: (1) during the week of February 13th, (2) on either February 23rd or 24th, or (3) during the week of February 27th.

(1) On August 25, 2022, Mr. Valle-Raudales plead guilty to a one count indictment charging him with violating 8 U.S.C. § 1326(a). Docket Entry Number ("DE") 11. The Court scheduled Mr. Valle-Raudales' Sentencing Hearing for January 11, 2023. DE 20.

(2) Probation filed a draft presentence investigation report ("PSR") on December 6, 2022. DE 23.

(3) Mr. Valle-Raudales is current detained. DE 16. After entering his change of plea hearing, Mr. Valle-Raudales was moved to a detention center in Pahrump, Nevada.

(4) The undersigned has met with Mr. Valle-Raudales and reviewed the PSR.

(5) The Court granted a motion to continue the sentencing hearing, DE 26, and rescheduled Mr. Valle-Raudales' Sentencing Hearing for March 14, 2023. DE 27.

(6) Due to a scheduling conflict, the undersigned requests the Court reschedule the sentencing hearing to a date and time:

       (a) during the week of February 13th,

       (b) on February 23rd or 24th, or

       (c) during the week of February 27th.

The undersigned has conferred with the government and the government has stated it is available on the requested dates.

    Wherefore, the undersigned respectfully requests the Court continue reschedule the sentencing hearing currently scheduled for March 14, 2023, and related deadlines for a date and time: (1) during the week of February 13th, (2) on February 23rd or 24th, or (3) during the week of February 27th.

    Respectfully submitted, this 23rd day of January, 2023.

                            VIRGINIA L. GRADY
                            Federal Public Defender

                            *s/ Jared Scott Westbroek*
                            JARED SCOTT WESTBROEK
                            Assistant Federal Public Defender
                            633 17th Street, Suite 1000
                            Denver, CO  80202
                            Telephone:  (303) 294-7002
                            FAX:  (303) 294-1192
                            Email:  jared_westbroek@fd.org
                            Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I electronically filed the foregoing **RICHER BRIYAN VALLE-RAUDALES' UNOPPOSED MOTION TO RESCHEDULE THE SENTENCING HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richer Briyan Valle-Raudales    (Via U.S. Mail)

s/ *Jared Scott Westbroek*
JARED SCITT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared_westbroek@fd.org
Attorney for Defendant