# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 22-cr-00226-DDD-01 and 22-cr-00240-DDD-01 | Date: February 24, 2023 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Julie Thomas |
| Probation Officer: Paige Meador | Interpreter: Cathy Bahr |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| RICHER BRIYAN VALLE-RAUDALES a/k/a Richer Brayan Valle-Raudales | Jared S. Westbroek |
| Defendant. | |

## COURTROOM MINUTES

### SENTENCING HEARING 22-cr-00226-DDD-01

**10:32 a.m.   Court in session**. Defendant present, in custody.

Appearance of counsel.

> **Change of Plea Hearing on September 14, 2022.**
> **Defendant entered a guilty plea to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure.

Allocution. Statements made by counsel for Government and counsel for Defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel offered an opportunity for further argument. No further argument.

**ORDERED:**   [24] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to USSG § 3E1.1(b) is **GRANTED.**

**ORDERED:**   [25] Government's Motion for a One-Level Downward Departure is **GRANTED.**

**ORDERED:**   Defendant is sentenced to a term of imprisonment of **8 months**. Upon release from imprisonment, no supervised release imposed. $100.00 special assessment to be paid immediately.

Conditions and special conditions as set forth on the record.

The Court's recommendations, if any, are as set forth on the record.

Defendant advised of right to appeal.

### Supervised Release Violation Hearing 22-cr-00240-DDD-01

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all its attachments.   The Government reviews the charged violation(s) with the defendant.

Defendant admits alleged violation 2.

**ORDERED:**   Government's Oral Motion to Withdraw Count Number 1 in the Superseding Petition is **GRANTED**.

Parties received and reviewed the supervised release violation report and all addenda.

The parties **do not** dispute the facts contained in the supervised release violation report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the supervised release/probation violation report.

The parties **do** request departure.

Allocution. Statements made by counsel for Government and counsel for Defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDERED:**  Supervised release is **REVOKED.**

**ORDERED:**  Defendant shall be imprisoned for a term of **4 months**, to run consecutively to the sentence imposed in 22-cr-00226-DDD-01. Upon release from imprisonment, no supervised release imposed.

The Court's recommendations, if any, are as set forth on the record.

Defendant advised of right to appeal.

**ORDERED:**  Defendant is **REMANDED** to the custody of the United States Marshal for the District of Colorado.

**11:00 a.m.**     **Court in recess.**     **Hearing concluded. Total time: 0:28**